No. 89–6163. HILL v. INTERNATIONAL HARVESTER CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–6164. KERN v. JACKSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 89–6167. LAIRD v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–6171. CASE v. PUNG, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. Ct. App. Minn. Certiorari denied.

No. 89–6173. BYNUM v. FLORIDA BAR. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 89–6174. BYNUM v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 89–6177. BRANHAM v. KOEHLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6179. JORDAN v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 89–6180. WILBORNE v. REDMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6182. ROGERS v. HILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6188. DESIRE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–6193. KHALID v. KUBACKI, JUDGE, COURT OF COMMON PLEAS FOR THE CITY OF PHILADELPHIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–6195. NELSON v. BOWER, SUPERINTENDENT, OHIO SOUTHEASTERN CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 89–6197. TYLER v. MOSS ET AL. C. A. 8th Cir. Certiorari denied.